IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>INGREAT NORRIS SWIFT,<br><br>                Defendant. | 4:12CR3076<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for July 30, 2013 at 12:00 p.m. (noon).

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

April 26, 2013.

                                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge