IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12CR3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| INGREAT NORRIS SWIFT, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a response from the United States Medical Center for Federal Prisoners in Springfield, Missouri to my earlier order requesting a medical and mental status examination. I have confirmed with the Bureau of Prisons that the correspondence dated October 21, 2013 from the Warden and the attachments thereto constitute the final report. Therefore,

IT IS ORDERED that:

(1) The Clerk of Court shall file the letter from the Warden with attachments as a restricted document.

(2) No later than November 4, 2013, counsel for the parties may submit their written responses, if any, to be filed in the court file.

(3) The United States Marshal for the District of Nebraska is requested to obtain the defendant and return him to Nebraska.

(4) When the defendant is returned to Nebraska, the Marshal should notify my chambers so further proceedings can be scheduled.

(5) The Clerk shall hand deliver a copy of this memorandum and order to the Marshal.

Dated October 24, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge