IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:12CR3076 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| INGREAT NORRIS SWIFT, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the defendant's revocation hearing is scheduled on Tuesday, November 26, 2013, at 11:30 a.m., before the undersigned Senior United States District Judge, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

   Dated November 19, 2013.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge